No. 89–501. NORTHWESTERN INDIANA TELEPHONE CO., INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part

1036

in the consideration or decision of this petition.

